UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
SMADAR Y. CHAFETZ

                Plaintiff,

-against-

WOLPOFF & ABRAMSON, L.L.P.

                Defendant.
-------------------------------------------------------------

07 CIV. 6895

COMPLAINT

**ROBINSON**

## COMPLAINT FOR VIOLATIONS
## OF THE FAIR DEBT COLLECTION PRACTICES ACT

      Plaintiff Smadar Y. Chafetz ("Chafetz"), by and through her attorney, Abraham Kleinman, files this complaint against defendant Wolpoff & Abramson, L.L.P. for its violations of the Fair Debt Collection Practices Act.

### Introduction

1.     This action seeks redress for the illegal practices of Defendant, Wolpoff & Abramson, LLP, concerning the collection of debt, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

### Jurisdiction and Venue

2.     This Court has Federal question jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.     Venue is proper in this District because the acts and transactions that give rise to this occurred, in substantial part, in this District. Additionally, Chafetz resides in this District and the Defendant transacts business here.

4.     Smadar Y. Chafetz is a citizen of the State of New York who resides in this District.

5.     Smadar Y. Chafetz is a "Consumer" as that term is defined by § 1692(a)(3) of the

FDCPA in that the alleged debt that the Defendant, Wolpoff & Abramson, LLP, sought to collect from her is a consumer debt, purportedly originally owed to Citibank.

6. Upon information and belief, Defendant Wolopoff & Abramson LLP, is an active District of Columbia Limited Liability Partnership, which does business in the State of New York.

7. Defendant, Wolpoff & Abramson, LLP is regularly engaged in the collection of debts allegedly owed by consumers.

8. Defendant, Wolpoff, LLP is a "Debt Collector" as that term is defined by § 1692(a)(6) of the FDCPA and maintains a New York City Department of Consumer Affairs Debt Collection Agency license.

9. On or about January 13, 2006 plaintiff received a collection from Wolpoff & Abramson, LLP which attempted to collect a debt on behalf of Centurion Capital Corp. **Exhibit A**.

10. On January 24, 2006, plaintiff disputed the validity of the debt, requested that the debt collector provide the consumer with the full legal name of the original creditor and the address of the original creditor. **Exhibit B**.

11. On February 3, 2006, defendant, wrote a letter to Ms. Chafetz which acknowledged plaintiff's dispute letter. **Exhibit C**.

12. The Wolpoff & Abramson letter stated that statements were mailed to Ms. Chafetz at her home address and failed to provide the address of the original creditor.

13. On July 6, 2007, sent a letter signed by Fatimat O. Balogun, Esq. Said letter was entitled "NOTICE OF INTENT TO SUE." **Exhibit D**.

14. Said July 6, 2007 letter now listed the creditor as Palisades Acquisition XVI, LLC Assignee of Citibank and stated that "we have made the decision to initiate litigation against you."

## AS AND FOR A FIRST CAUSE OF ACTION

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

15. Chafetz realleges and incorporates herein by reference, all the foregoing paragraphs as if set forth fully herein.

16. Upon information and belief, the January 13, 2006 collection letter is a form letter sent by Wolpoff & Abramson LLP to the Plaintiff.

17. Collection letters, such as those sent by Defendant, Wolpoff & Abramson, LLP are to be evaluated by the objective standard of the hypothetical "least sophisticated consumer."

18. Section 1692g(b) requires the debt collector, upon receipt of a timely dispute, to cease further communication with the consumer upon the debt collector's receipt of the consumer's request for verification until the debt collector obtains verification of the debt, the name and address of the original creditor and a copy of such verification is mailed to the consumer by the debt collector.

19. Defendant's July 6, 2007 letter which attempts to collect a timely disputed yet unverified debt, broadcasting a new creditor, violated 15 U.S.C. sections 1692, 1692e, 1692e(10), 1692g(a)(2) and 1692g(b) of the FDCPA by failing to provide verification of the disputed debt and by continuing collection of a disputed debt.

**WHEREFORE**, the plaintiff requests that this Court grant the following relief in their favor, against Wolopff & Abramson, LLP as follows:

a) The maximum statutory damages provided by section 1692k of the FDCPA against each defendant;

b) Attorney's fees, litigation expenses and costs;

      c)    Any other relief that this Court deems just and proper.

Dated: Uniondale, New York
       July 20, 2007

                         Abraham Kleinman (AK-6300)
                         Attorney at Law
                         RexCorp Plaza
                         Uniondale, New York 11556-0626
                         Telephone  (516) 522-2621
                         Facsimile  (888) 522-1692

Plaintiff requests trial by jury on all issues so triable.

Abraham Kleinman (AK-6300)

**EXHIBIT A**

**EXHIBIT B**

Smadar Chafetz<br>
116P Edison Ct<br>
Monsey, NY 10952<br>
Tuesday, January 24, 2006

Wolpoff & Abramson L.L.P.
300 Canal View Blvd
3rd Floor
Rochester, NY 14623-2811

RE: W&A File No. 142176379

I hereby dispute the validity of this debt. Please obtain verification of the debt and mail me verification. Please provide me with the full legal name of the original creditor. Please provide me with the address of the original creditor.

*[signature]*

Smadar Chafetz

**EXHIBIT C**

| | | |
|---|---|---|
| **MAIN OFFICE**<br>TWO IRVINGTON CENTRE<br>702 KING FARM BLVD., ROCKVILLE, MD 20850<br><br>**REGIONAL OFFICES**<br>10605 JUDICIAL DR., BLDG. A-5, FAIRFAX, VA 22030<br>1108 E. MAIN ST., STE. 1003, RICHMOND, VA 23216<br>5122 GREENWICH RD., VIRGINIA BEACH, VA 23462<br>919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899<br>1 VALLEY BANK BLDG., BOX 1228, CLARKSBURG, WV 26302<br>4660 TRINDLE ROAD, 3RD FLOOR, CAMP HILL, PA 17011<br>28632 ROADSIDE DR., STE. 265, AGOURA HILLS, CA 91301<br>39500 HIGH POINTE BLVD., STE. 250, NOVI, MI 48375<br>300 CANAL VIEW BLVD., ROCHESTER, NY 14623<br>5215 N. O'CONNOR BLVD., STE. 1060, LAS COLINAS, TX 75039<br>180 GLASTONBURY BLVD., GLASTONBURY, CT 06033<br>210 INTERSTATE NORTH PKWY., STE. 700, ATLANTA, GA 30339<br>301 CARLSON PKWY., STE. 303, MINNETONKA, MN 55305 | LAW OFFICES<br>**WOLPOFF & ABRAMSON, L.L.P.**<br><br>300 CANAL VIEW BLVD.<br>3RD FLOOR<br>ROCHESTER, NY 14623-2811<br><br>585-413-4020<br><br>OUTSIDE ROCHESTER METROPOLITAN AREA<br>(TOLL FREE)<br>1-866-241-1458<br><br>FACSIMILE 585-424-1067<br><br>PLEASE DIRECT ALL INQUIRIES TO THE ROCHESTER OFFICE | **NATIONAL ATTORNEY NETWORK AFFILIATED FIRM LOCATIONS [NOT REGIONAL OFFICES OF WOLPOFF & ABRAMSON, L.L.P.]***<br>BIRMINGHAM, ALABAMA<br>ANCHORAGE, ALASKA<br>PHOENIX, ARIZONA<br>CABOT, ARKANSAS<br>ENGLEWOOD, COLORADO<br>FT. LAUDERDALE, FLORIDA<br>HONOLULU, HAWAII<br>BOISE, IDAHO<br>CHICAGO, ILLINOIS<br>MERRILLVILLE, INDIANA<br>KANSAS CITY, KANSAS<br>LEXINGTON, KENTUCKY<br>METAIRIE, LOUISIANA<br>ST. LOUIS, MISSOURI<br>GREAT FALLS, MONTANA<br>OMAHA, NEBRASKA<br>LAS VEGAS, NEVADA<br>MANCHESTER, NEW HAMPSHIRE<br>CEDAR KNOLLS, NEW JERSEY<br>RALEIGH, NORTH CAROLINA<br>FARGO, NORTH DAKOTA<br>CLEVELAND, OHIO<br>OKLAHOMA CITY, OKLAHOMA<br>EUGENE, OREGON<br>PROVIDENCE, RHODE ISLAND<br>COLUMBIA, SOUTH CAROLINA<br>KNOXVILLE, TENNESSEE<br>SANDY, UTAH<br>MILWAUKEE, WISCONSIN<br>RAWLINS, WYOMING<br><br>* The National Attorney Network is an affiliation of separate law firms.<br><br>W&A Hours of Operation:<br>8 a.m.-5:30 p.m. ET M-F |

February 3, 2006

Smadar Y. Chafetz
116 Edison Court
Monsey, NY 10952

Re: *Centurion Capital vs. Smadar Chafetz*
W&A File # 142176379

Dear Ms. Wright:

We are in receipt of your correspondence dated January 24, 2006 in connection with the above-referenced matter.

Our records indicate that the account in question was opened with Citibank on March 1, 2001. The credit card account number assigned was 5424180438771120. The account was established under the name of Smadar Chafetz. Statements were mailed to your home address. The last payment received by Citibank on the account was on May 30, 2002.

We encourage you to contact our office upon receipt of this correspondence to discuss settlement of this matter prior to March 2, 2003.

Very Truly Yours,

Wolpoff & Abramson, L.L.P.

**THIS IS AN ATTEMPT TO COLLECT A DEBT
AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**EXHIBIT D**

```
  7621
MAIN OFFICE
TWO IRVINGTON CENTRE
702 KING FARM BLVD., ROCKVILLE, MD 20850
REGIONAL OFFICES
10605 JUDICIAL DR., BLDG. A-5, FAIRFAX, VA 22030
1103 E. MAIN ST., STE. 1003, RICHMOND, VA 23216
5:22 GREENWICH RD., VIRGINIA BEACH, VA 23462
919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899
1 VALLEY BANK BLDG., BOX 1226, CLARKSBURG, WV 26302
4660 TRINDLE ROAD, STE. 300, CAMP HILL, PA 17011
301 GRANT ST., STE. 4300, PITTSBURGH, PA 15219
28632 ROADSIDE DRIVE, STE. 265, AGOURA HILLS, CA 91301
39500 HIGH POINTE BLVD., STE. 250, NOVI, MI 48375
300 CANAL VIEW BLVD., ROCHESTER, NY 14623
5215 NORTH O'CONNOR BLVD., IRVING, TX 75039
3200 SOUTHWEST FREEWAY, STE. 3300, HOUSTON, TX 77027
111 SOLEDAD ST., STE. 300, SAN ANTONIO, TX 78205
1201 PEACHTREE ST., STE. 1717, ATLANTA, GA 30361
301 CARLSON PKWY., STE. 303, MINNETONKA, MN 55305
4643 S. ULSTER ST., STE 920, DENVER, CO 80237
5355 TOWN CENTER ROAD, STE. 1002, BOCA RATON, FL 33486
New York City Department of Consumer Affairs
License Numbers 1249874 & 1250739
```

## LAW OFFICES
## WOLPOFF & ABRAMSON, L.L.P.
*Attorneys in the Practice of Debt Collection*
(A National Collection Attorney Network Firm)
300 CANAL VIEW BLVD.
3RD FLOOR
ROCHESTER, NY 14623-2811

(TOLL FREE)
1-800-830-2793
FACSIMILE (866) 383-9121

PLEASE DIRECT CORRESPONDENCE TO ROCHESTER OFFICE

JULY 06, 2007

```
NATIONAL COLLECTION ATTORNEY NETWORK
AFFILIATED FIRM LOCATIONS [NOT REGIONAL
OFFICES OF WOLPOFF & ABRAMSON, L.L.P.] *
BIRMINGHAM, ALABAMA          FARGO, NORTH DAKOTA
ANCHORAGE, ALASKA            CLEVELAND, OHIO
PHOENIX, ARIZONA             OKLAHOMA CITY, OKLAHOMA
LITTLE ROCK, ARKANSAS        EUGENE, OREGON
EAST HARTFORD, CONNECTICUT   PROVIDENCE, RHODE ISLAND
HONOLULU, HAWAII             COLUMBIA, SOUTH CAROLINA
BOISE, IDAHO                 KNOXVILLE, TENNESSEE
CHICAGO, ILLINOIS            SANDY, UTAH
MERRILLVILLE, INDIANA        MILWAUKEE, WISCONSIN
KANSAS CITY, KANSAS          RAWLINS, WYOMING
LEXINGTON, KENTUCKY          SEATTLE, WASHINGTON
METAIRIE, LOUISIANA
WORCESTER, MASSACHUSETTS
ST. LOUIS, MISSOURI          * The National Collection
GREAT FALLS, MONTANA           Attorney Network is an
OMAHA, NEBRASKA                affiliation of separate law firms
LAS VEGAS, NEVADA
MANCHESTER, NEW HAMPSHIRE
CEDAR KNOLLS, NEW JERSEY     W&A Hours of Operation:
RALEIGH, NORTH CAROLINA      8 a.m. - 6 p.m. ET M-F
```

142176379
SMADAR Y CHAFETZ

116 EDISON CT., #P
MONSEY NY 10952

Fatimat O. Balogun, Esq.
ADMITTED: (NY)

W&A File No. 142176379

Re: PALISADES ACQUISITION XVI, LLC ASSIGNEE OF CITIBANK
SMADAR Y CHAFETZ

Balance: $ 15314.58

NOTICE OF INTENT TO SUE

As you are aware, this law firm represents the above client regarding your outstanding obligation. This letter shall inform you that as a result of your failure to resolve this matter, we have made the decision to initiate litigation against you.

In the event you wish to avoid the time and expense of litigation, we invite you to contact our office at 1-800-830-2793. We sincerely hope you take advantage of this opportunity to avoid the consequences of court proceedings.

Very truly yours,

WOLPOFF & ABRAMSON, L.L.P.

*Fatimat O Balogun*

The above attorney personally requested that this letter be sent after he/she reviewed relevant portions of our file for the purpose of making a determination to file suit.

This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.

NOTICE/NOTICE        W&A FILE NO.:   142176379

LTRHD1 (04/04/07)