# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                                   CASE #:   07 CIV 6895

SMADAR Y CHAFETZ,

                                                    Plaintiff(s)/Petitioner(s)
                          against

WOLPOFF & ABRAMSON, LLP

                                                    Defendant(s)/Respondent(s)

State of NY

County of Albany    SS

Kerry Gunner    being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on  8/7/07    at  10:10 AM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION WITH COMPLAINT**

upon:    **WOLPOFF & ABRAMSON, LLP**

defendant/respondent in this action by delivering and leaving with   Tammy Alexander
authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**121-109 of the Revised Limited Partnership Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | black | black | 40 | 5'4" | 140 | |

Sworn to before me on: 8/7/2007

Notary Public                                          Kerry Gunner

                                                       Lightning Legal Services, LLC
                                                       P.O. Box 9132
Claudia M. Murphy      Kerry Gunner         Jessica DeVoe          Albany, NY  12209
Notary Public, State of NY  Notary Public, State of NY  Notary Public, State of NY
No 01MU5016071        No 01GU5038710      No 01DE6042657                   95578
Qualified in Albany County  Qualified in Albany County  Qualified in Albany County
Commission expires 8/2/05  Commission expires 2/6/2013  Commission Expires 5/30/10