UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMADAR CHAFETZ, ) | Index No.: 07 CV 6895 ( SCR ) |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| vs. ) | |
| WOLPOFF & ABRAMSON, LLP., ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the time of the defendant WOLPOFF & ABRAMSON, LLP to appear, answer or otherwise respond to the complaint is extended through and including September 24, 2007.

Dated:    September 12, 2007
          New York, New York


KLEINMAN, LLC                    WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP


By:   Abraham Kleinman ( AK6300)   By:   Thomas A. Leghorn (TL6244)
      Attorney for Plaintiff              Attorneys for Defendant
      626 RexCorp Plaza                   3 Gannett Drive
      Uniondale, New York 11556-0626      White Plains, New York 10604
      Tel: (516) 522-2621                 Tel: (914)323-7000

SO ORDERED

USDJ                             September 18, 2007
                                 White Plains, NJ

1688091 1