AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

Lina Paone, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

That on the 20th day of September, 2007, deponent served the within document entitled **ANSWER** upon:

    Abraham Kleinman
    626 RexCorp Plaza
    Uniondale, New York 11556

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                  _____
                                                        Lina Paone

Sworn to before me this
24th day of September, 2007

_____
Notary Public

MAURA LOOBY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LO4921163
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES MAY 31, 20 10

1697542.1