UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SMADAR Y. CHAFETZ

          Plaintiff,

-against-

WOLPOFF & ABRAMSON, LLP

          Defendant.
---------------------------------------------------------x

NOTICE OF DISCONTINUANCE & Order

07 CV ~~2702~~ 6895 (CLB) (LMS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-captioned action is hereby dismissed and discontinued with prejudice and without costs to any party.

Dated: October 10, 2007
       Uniondale, New York

_____
Abraham Kleinman (AK-6300)
Attorney for the Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621
Facsimile (888) 903-8400

_____
Thomas A. Leghorn (TAL 6244)
Attorney for Defendant
3 Gannett Drive
White Plains, NY 10604

Telephone (914) 323-7000
Facsimile (914) 323-7001

_____
SO ORDERED  USDJ
10/22/07